# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **United States of America** | **Plaintiff** |
| v. | Case No.: 4:23–cr–00018–DPM |
| **Ivette Tejada** | **Defendant** |

## NOTICE OF HEARING

    PLEASE take notice that a Arraignment has been set in this case for February 14, 2023, at 02:00 PM before Magistrate Judge Edie R. Ervin in Little Rock Courtroom # 2A in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** February 14, 2023

AT THE DIRECTION OF THE COURT
TAMMY H. DOWNS, CLERK

**By:** Melanie M. Beard, Deputy Clerk


Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas