IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS | ) | 4: 23CR 00018 DPM |
| | ) | |
| IVETTE TEJADA | ) | |

## MOTION FOR CONTINUANCE

Comes now the Defendant, Mark Ford, by and through his attorney, William O. "Bill" James, Jr., and for their petition states:

1. That this matter is currently scheduled for Jury Trial on March 27, 2023, at 9:30 a.m.

2. Defense Counsel has not received discovery for this matter. Therefore, Defense Counsel would request a continuance of the trial date in order to have more time to obtain discovery and prepare for the trial in this matter.

3. Defense Counsel has not previously requested a continuance in this case.

4. Assistant U.S. Attorney Angela Jagley has indicated that she has no objection to this continuance.

5. The Defendant will waive her right to a speedy trial for the duration of this continuance.

**WHEREFORE**, Petitioner prays that this matter be continued and for all other proper relief.

Respectfully submitted,

William O. "Bill" James, Jr.
Bar No. 94108
Attorney for Defendant
James Law Firm
1001 La Harpe Blvd.
Little Rock, AR 72201
(501) 375-0900
E-mail: wojfeds@gmail.com